**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

MELINDA T GUTIERREZ,

    Plaintiff,

v.                                                No. 1:11-cv-00751 BRB/SMV

LOS ALAMOS NATIONAL SECURITY, LLC, et al.,

    Defendants.

**ORDER SETTING TELEPHONIC STATUS CONFERENCE**

**Matter to be heard:**        Scheduling a settlement conference

**Date and time of hearing:**        Thursday, January 26, 2012, 11:20 a.m. - 11:35 a.m.

        A telephonic status conference is set for January 26 at 11:20 a.m. Counsel shall call Judge Vidmar's "Meet Me" line at (505) 348-2357 to connect to the proceedings. Per parties' request to schedule a settlement conference, *see* Joint Status Report and Provisional Discovery Plan [Doc. 18], counsel shall confer with Judge Vidmar to choose a date on which to conduct a settlement conference. Counsel are reminded to have their calendars available for the hearing.

    **IT IS SO ORDERED.**

                                                      _____
                                                      STEPHAN M. VIDMAR
                                                      United States Magistrate Judge